# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:22-cv-00114-MR-WCM

| | |
|---|---|
| CITY OF BREVARD, NORTH CAROLINA, on its own behalf and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>vs.<br><br>HCA HEALTHCARE, INC., HCA MANAGEMENT SERVICES, LP, HCA, INC., MH MASTER HOLDINGS, LLLP, MH HOSPITAL MANAGER, LLC, MH MISSION HOSPITAL, LLLP, ANC HEALTHCARE, INC. f/k/a MISSION HEALTH SYSTEM, INC., and MISSION HOSPITAL, INC.,<br><br>          Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's motion for the admission of attorney Jacob M. Polakoff as counsel *pro hac vice*. [Doc. 7]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion [Doc. 7] is **ALLOWED**, and Jacob M. Polakoff is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of Court.

**IT IS SO ORDERED.**

Signed: June 17, 2022

Martin Reidinger
Chief United States District Judge