UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CITY OF BREVARD, NORTH CAROLINA, on its own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HCA HEALTHCARE, INC., HCA MANAGEMENT SERVICES, LP, HCA, INC., MH MASTER HOLDINGS, LLLP, MH HOSPITAL MANAGER, LLC, MH MISSION HOSPITAL, LLLP, ANC HEALTHCARE, INC. f/k/a MISSION HEALTH SYSTEM, INC., and MISSION HOSPITAL, INC.,<br><br>Defendants. | No.: 1:22-cv-114 |

NOW COMES Mr. Dana C. Lumsden ("Local Counsel"), a member in good standing with the Bar with the United States District Court for the Western District of North Carolina ("WDNC"), and moves for the admission of Paul H. Saint-Antoine ("Applicant"), who seeks permission to represent ANC Healthcare, Inc. and Mission Hospital, Inc. (collectively "ANC") ("Client") in this above-captioned case.

By signing this motion, Local Counsel and Applicant certify that:

1. Applicant is a member in good standing of the bar of the highest court of the State or of the District of Columbia where Applicant regularly practices law, which is State Bar of New Jersey.

2. Applicant practices under the name of or as a member of the following firm:

Firm Name: Faegre Drinker Biddle & Reath LLP
Mailing Address: 1 Logan Square, Suite 2000
City / State / Zip: Philadelphia, PA 19103
Telephone Number: 215-988-2700    Facsimile Number: 215-988-2757
Email Address (required): paul.saint-antoine@faegredrinker.com

1

3. Applicant certifies that s/he is also admitted to practice before and remains in good standing with the Courts in the following jurisdictions:

State Bar of the Commonwealth of Pennsylvania; U.S. Courts of Appeals - Third Circuit; U.S. District Courts - Eastern District of Pennsylvania, New Jersey.

4. Applicant certifies s/he has never been the subject of any formal suspension or disbarment proceedings; never been denied admission *pro hac vice* in this or any other jurisdiction or had *pro hac vice* admission revoked; never had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked; and has never received public discipline by any court or lawyer regulatory organization. If Applicant cannot so certify, the applicant has attached a separate explanation including particular information disclosing the disciplinary history or the denial of admission.

5. Applicant certifies that the client requested Applicant to represent it in this matter, along with Local Counsel.

6. Applicant agrees to be subject to the Orders of the WDNC, including the Local Rules of the WDNC, and amenable to the disciplinary action and the civil jurisdiction of the WDNC in all respects as if the applicant were a regularly admitted and licensed member of the Bar of this Court in good standing.

7. Local Counsel is satisfied that Applicant is qualified to practice before the Bar of the WDNC.

8. Local Counsel has conferred with counsel for the other parties, who have indicated they *do not* oppose this motion.

9. The required fee for admission *pro hac vice* is being submitted with the filing of this motion.

10. Applicant consents to electronic notification.

By signing this Motion, we so certify.
This, the 17th day of June, 20 22.

_____            /s/ Paul H. Saint-Antoine
Local Counsel                                                                   Applicant

Attorney Name   Mr. Dana C. Lumsden
Bar Number   32497
Firm Name   Bradley Arant Boult cummings LLP
Firm Address   214 North Tryon Street, Suite 3700
Firm City / State / Zip   Charlotte, North Carolina  28202
Telephone Number   704-338-6000
Fax Number
Email Address   dlumsden@bradley.com

3