IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:22-CV-114

| | |
|---|---|
| CITY OF BREVARD, NORTH CAROLINA, on its own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HCA HEALTHCARE, INC.; HCA MANAGEMENT SERVICES, LP; HCA, INC.; MH MASTER HOLDINGS, LLLP; MH HOSPITAL MANAGER, LLC; MH MISSION HOSPITAL, LLLP; ANC HEALTHCARE, INC. f/k/a MISSION HEALTH SYSTEM, INC.; and MISSION HOSPITAL, INC.,<br><br>Defendants. | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that David C. Hawisher of the law firm Roberts & Stevens, P.A. gives his notice of appearance in this case as attorney for Defendants HCA Healthcare, Inc.; HCA Management Services, LP; HCA, Inc.; MH Master Holdings, LLLP; MH Hospital Manager, LLC; and MH Mission Hospital, LLLP.

This 28th day of June, 2022.

                              ROBERTS & STEVENS, P.A.

By:  s/ David C. Hawisher
       DAVID C. HAWISHER
       State Bar No. 55502
       *Attorney for Defendants HCA Healthcare, Inc.; HCA Management Services, LP; HCA, Inc.; MH Master Holdings, LLLP; MH Hospital Manager, LLC; and MH Mission Hospital, LLLP*
       Post Office Box 7647
       Asheville, NC 28802
       (828) 252-6600
       dhawisher@roberts-stevens.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing *Notice of Appearance* was served upon the all parties in the above entitled action via CM/ECF filing.

This 28th day of June, 2022.

ROBERTS & STEVENS, P.A.

By: s/ David C. Hawisher
DAVID C. HAWISHER
State Bar No. 55502
*Attorney for Defendants HCA Healthcare, Inc.; HCA Management Services, LP; HCA, Inc.; MH Master Holdings, LLLP; MH Hospital Manager, LLC; and MH Mission Hospital, LLLP*
Post Office Box 7647
Asheville, NC 28802
(828) 252-6600
dhawisher@roberts-stevens.com