IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:22-cv-00114-MR

| | |
|---|---|
| CITY OF BREVARD, NORTH CAROLINA, on its own behalf and on behalf of all others similarly situated, MADISON COUNTY, BUNCOMBE COUNTY, NORTH CAROLINA, and CITY OF ASHEVILLE, NORTH CAROLINA, on their own behalf and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>vs.<br><br>HCA HEALTHCARE, INC., HCA MANAGEMENT SERVICES, LP, HCA, INC., MH MASTER HOLDINGS, LLLP, MH HOSPITAL MANAGER, LLC, MH MISSION HOSPITAL, LLLP, ANC HEALTHCARE, INC. f/k/a MISSION HEALTH SYSTEM, INC., and MISSION HOSPITAL, INC.,<br><br>           Defendants. | ORDER |

**THIS MATTER** is before the Court on Plaintiff Buncombe County, North Carolina and Plaintiff City of Asheville North Carolina's motions for the admission of attorneys Brendan P. Glackin, Daniel E. Seltz, and Dean M. Harvey as counsel *pro hac vice*. [Docs. 50, 51, 52]. Upon careful review and consideration, the Court will allow the motions.

**IT IS, THEREFORE, ORDERED** that Plaintiff Buncombe County, North Carolina and Plaintiff City of Asheville North Carolina's motions [Docs. 50, 51, 52] are **ALLOWED**, and Brendan P. Glackin, Daniel E. Seltz, and Dean M. Harvey are each hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: November 11, 2022

Martin Reidinger
Chief United States District Judge