# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| IN RE MISSION HEALTH ANTITRUST LITIGATION | No.: 1:22-cv-00114-MR |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF ROBERT C. S. BERRY

PLEASE TAKE NOTICE that counsel of record hereby withdraws the appearance of attorney Robert C. S. Berry as attorney of record for City of Brevard, North Carolina ("Plaintiff") in this action. Attorney Berry is no longer associated with the law firm Berger Montague PC.

Dated: May 10, 2024

Respectfully submitted,

/s/ Daniel J. Walker
Daniel J. Walker
Robert E. Litan
BERGER MONTAGUE PC
1001 G Street, NW
Suite 400 East
Washington, DC 20001
Phone: (202) 559-9745
dwalker@bm.net
rlitan@bm.net

Eric L. Cramer
Jacob M. Polakoff
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-3000
ecramer@bm.net
jpolakoff@bm.net

*Counsel for City of Brevard, North Carolina*

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2024 I electronically filed the foregoing Notice of Withdrawal of Robert C. S. Berry via the CM/ECF System, and thereby caused to be served on all counsel of record registered to receive such service.

*/s/ Daniel J. Walker*