UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| IN RE MISSION HEALTH ANTITRUST LITIGATION | No. 1:22-cv-00114-MR<br><br>Chief Judge Martin Reidinger |

## JOINT STIPULATION BY PLAINTIFFS AND PRIME HEALTH SERVICES, INC. TO EXTEND DEADLINE FOR RESPONSE TO MOTION TO QUASH

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiffs City of Brevard, North Carolina; Buncombe County, North Carolina; City of Asheville, North Carolina; and Madison County, North Carolina and by subpoena recipient Prime Health Services, Inc. that Plaintiffs shall be given until **September 30, 2024** to file a memorandum in response to Prime Health Services, Inc.'s Motion to Quash (ECF Nos. 96, 97).

**IT IS FURTHER AGREED** that Plaintiffs and Prime Health Services, Inc. shall continue to meet and confer regarding the scope of the documents requested in Plaintiffs' subpoena.

Dated: September 13, 2024    Respectfully submitted,

/s/ Gary K. Sue    /s/ J. Taylor Hollinger

Gary K. Sue
**SUE, ANDERSON & BORDMAN, LLP**
419 North Elm Street
P.O. Box 20083
Greensboro, NC 27420
Phone: (336) 275-0512
gka@sa-nclaw.com


*Counsel for Prime Health Services, Inc.*

Eric L. Cramer*
Andrew C. Curley*
Jacob M. Polakoff*
J. Taylor Hollinger*
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-3000
ecramer@bm.net
acurley@bm.net
jpolakoff@bm.net
thollinger@bm.net

Robert E. Litan*
Daniel J. Walker*
**BERGER MONTAGUE PC**
1001 G Street, NW
Suite 400 East
Washington DC, 20001
Phone: (202) 559-9745
rlitan@bm.net
dwalker@bm.net

Brendan P. Glackin*
Dean M. Harvey*
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, Suite 2900
San Francisco, CA 94111
Phone: (415) 956-1000
bglackin@lchb.com
dharvey@lchb.com

Daniel E. Seltz*
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
Phone: (212) 355-9500
dseltz@lchb.com

Robert N. Hunter, Jr.
Fred Berry
John F. Bloss
**HIGGINS BENJAMIN, PLLC**
301 North Elm Street, Suite 800
Greensboro, NC 27401
Phone: (336) 273-1600
Facsimile: (336) 274-4650
rnhunterjr@greensborolaw.com
fberry@greensborolaw.com
jbloss@greensborolaw.com

*Counsel for Plaintiffs and
the Proposed Class*

*Admitted *pro hac vice*

# CERTIFICATE OF SERVICE

I, Taylor Hollinger, certify that on this 13th day of September, 2024, a true and correct copy of this **Joint Stipulation by Plaintiffs and Prime Health Services, Inc. to Extend Deadline for Response to Motion to Quash** was served on all counsel of record via this Court's Case Management/Electronic Case File service.

*/s/ J. Taylor Hollinger*
J. Taylor Hollinger

*Counsel for Plaintiffs
and the Proposed Class*