IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:22-cv-00114-MR

| | |
|---|---|
| IN RE MISSION HEALTH ANTITRUST LITIGATION ) ) ) ) ) ) ) ) ) ) | **ORDER** |

**THIS MATTER** is before the Court on the Plaintiffs' Motion for the Admission of attorney Julia R. McGrath as counsel *pro hac vice*. [Doc. 99]. Upon careful review and consideration, the Court will allow the Motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' Motion [Doc. 99] is **ALLOWED,** and Julia R. McGrath is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of Court.

**IT IS SO ORDERED.**

Signed: October 24, 2024

Martin Reidinger
Chief United States District Judge