# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:22-cv-114

| | |
|---|---|
| **IN RE MISSION HEALTH ANTITRUST LITIGATION** ) ) ) ) ) ) ) ) ) | **ORDER** |

**THIS MATTER** is before the Court on the Parties' Joint Motion to Amend the Scheduling Order [Doc. 113], and the Defendants' Motion for Leave to Add an Expert Witness [Doc. 130].

After hearing the arguments of counsel, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Parties' Joint Motion [Doc. 113] is **GRANTED** to the extent that the deadlines in the Initial Scheduling Order [Doc. 82], are hereby **AMENDED** as follows:

| Task | New Deadline |
|---|---|
| Completion of Discovery | March 14, 2025 |
| Retained Expert Report Disclosures:<br>- Reports from Party w/ Burden<br>- Responsive from Party w/o Burden | <br>May 15, 2025<br>June 16, 2025 |
| Completion of Retained Expert Depositions | July 15, 2025 |
| Motion for Class Certification | August 15, 2025 |
| Responses Due | September 15, 2025 |

**IT IS FURTHER ORDERED** that the Defendants' Motion for Leave to Add an Expert Witness [Doc. 130] is **GRANTED** to the extent that the Initial Scheduling Order [Doc. 82], is hereby **AMENDED** to allow each side to call up to four (4) expert witnesses without further leave of the Court.

**IT IS SO ORDERED.**

Signed: November 25, 2024

Martin Reidinger
Chief United States District Judge

2

Case 1:22-cv-00114-MR    Document 134    Filed 11/26/24    Page 2 of 2