**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

| | |
|---|---|
| **IN RE MISSION HEALTH ANTITRUST LITIGATION** | **No.: 1:22-cv-00114-MR**<br><br>Chief Judge Martin Reidinger |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs City of Brevard, North Carolina; Buncombe County, North Carolina; City of Asheville, North Carolina; and Madison County, North Carolina (collectively, "Plaintiffs") and Defendants ANC Healthcare, Inc. f/k/a Mission Health System, Inc. and Mission Hospital, Inc. (collectively, the "ANC Defendants"), through their respective counsel, hereby stipulate that all claims asserted against the ANC Defendants be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Dated: August 20, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Julia R. McGrath* | /s/ *Dana C. Lumsden* |
| Eric L. Cramer* | Dana C. Lumsden [NC Bar No. 32497] |
| Andrew C. Curley* | Hanna E. Eickmeier [NC Bar No. 54927] |
| Jacob M. Polakoff* | **BRADLEY ARANT BOULT CUMMINGS LLP** |
| Julia R. McGrath* | 214 North Tryon Street, Suite 3700 |
| J. Taylor Hollinger* | Charlotte, NC 28202 |
| **BERGER MONTAGUE PC** | Phone: (704) 338-6034 |
| 1818 Market Street, Suite 3600 | dlumsden@bradley.com |
| Philadelphia, PA 19103 | heickmeier@bradley.com |
| Phone: (215) 875-3000 | |
| ecramer@bm.net | Kenneth M. Vorrasi* |
| acurley@bm.net | Jonathan H. Todt [NC Bar No. 52952] |
| jpolakoff@bm.net | Alison M. Agnew* |
| jmcgrath@bm.net | Matthew R. Lechner* |
| thollinger@bm.net | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| | 1500 K Street, Suite 1100 |
| | Washington, DC 20005 |

Robert E. Litan*
Daniel J. Walker*
**BERGER MONTAGUE PC**
1001 G Street, NW
Suite 400 East
Washington DC, 20001
Phone: (202) 559-9745
rlitan@bm.net
dwalker@bm.net

Brendan P. Glackin*
Dean M. Harvey*
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, Suite 2900
San Francisco, CA 94111
Phone: (415) 956-1000
bglackin@lchb.com
dharvey@lchb.com

Daniel E. Seltz*
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
Phone: (212) 355-9500
dseltz@lchb.com

Robert N. Hunter, Jr.
Fred Berry
John F. Bloss
**HIGGINS BENJAMIN, PLLC**
301 North Elm Street, Suite 800
Greensboro, NC 27401
Phone: (336) 273-1600
Facsimile: (336) 274-4650
rnhunterjr@greensborolaw.com
fberry@greensborolaw.com
jbloss@greensborolaw.com

*Admitted *pro hac vice*

*Counsel for Plaintiffs and the Proposed
Class*

Phone: (202) 842-8800
kenneth.vorrasi@faegredrinker.com
jonathan.todt@faegredrinker.com
alison.agnew@faegredrinker.com
matthew.lechner@faegredrinker.com

Paul H. Saint-Antoine*
John S. Yi*
**FAEGRE DRINKER BIDDLE & REATH LLP**
One Logan Square, Ste. 2000
Philadelphia, PA 19103
Telephone: (215) 988-2700
paul.saint-antoine@faegredrinker.com
john.yi@faegredrinker.com

*Admitted *pro hac vice*

*Counsel for the ANC Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 20th day of August, 2025, I caused the foregoing STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE to be filed electronically via the CM/ECF system, which serves all registered users in this action.

*/s/ Julia R. McGrath*
Julia R. McGrath