| | |
|---|---|
| **IN RE MISSION HEALTH ANTITRUST LITIGATION** | No.: 1:22-cv-00114-MR |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF THE MISSION DEFENDANTS PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiffs City of Asheville, North Carolina; City of Brevard, North Carolina; Madison County, North Carolina, and Buncombe County, North Carolina (collectively, "Plaintiffs") and Defendants HCA Healthcare, Inc.; HCA Management Services, LP; HCA, Inc.; MH Master Holdings, LLLP; MH Hospital Manager, LLC; and MH Mission Hospital, LLLP, and all of their predecessors; successors; assigns; and Affiliates (as defined in the Settlement Agreement) (collectively, the "Mission Defendants"), that all of Plaintiffs' claims against the Mission Defendants are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without interest to any party and with each party to bear its own attorneys' fees and costs. The parties respectfully request that any documents filed under seal remain under seal.

Dated: August 20, 2025

| | |
|---|---|
| */s/ Julia R. McGrath* | */s/ Abram Ellis* |
| Eric L. Cramer* | Sara Razi* |
| Andrew C. Curley* | Abram Ellis* |
| Jacob M. Polakoff* | **SIMPSON THACHER & BARTLETT LLP** |
| Julia R. McGrath* | 900 G Street NW, Ste. 900 |
| Joseph E. Samuel* | Washington DC, 20001 |
| J. Taylor Hollinger* | Phone: (202) 636-5500 |
| **BERGER MONTAGUE PC** | sara.razi@stblaw.com |
| 1818 Market Street, Suite 3600 | aellis@stblaw.com |
| Philadelphia, PA 19103 | |
| Phone: (215) 875-3000 | Rachel S. Sparks Bradley* |
| ecramer@bm.net | **SIMPSON THACHER & BARTLETT LLP** |
| acurley@bm.net | 425 Lexington Avenue |
| | New York, NY 10017 |
| jpolakoff@bm.net | Phone: (212) 455-2421 |
| jmcgrath@bm.net | rachel.sparksbradley@stblaw.com |
| jsamuel@bm.net | |
| thollinger@bm.net | Phillip T. Jackson (N.C. Bar No. 21134) |
| | Ann-Patton Hornthal (N.C. Bar No. 35477) |
| Robert E. Litan* | John Noor (N.C. Bar No. 43102) |
| Daniel J. Walker* | David Hawisher (N.C. Bar No. 55502) |
| **BERGER MONTAGUE PC** | **ROBERTS & STEVENS, PA** |
| 1001 G Street, NW | P.O. Box 7647 |
| Suite 400 East | Asheville, NC 28802 |
| Washington, DC 20001 | Phone: (828) 252-6600 |
| Phone: (202) 559-9745 | pjackson@roberts-stevens.com |
| rlitan@bm.net | aphornthal@roberts-stevens.com |
| dwalker@bm.net | jnoor@roberts-stevens.com |
| | dhawisher@roberts-stevens.com |
| Brendan P. Glackin* | *Counsel for the Mission Defendants* |
| Dean M. Harvey* | **Admitted pro hac vice* |
| Amelia A. Haselkorn* | |
| **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** | |
| 275 Battery Street, Suite 2900 | |
| San Francisco, CA 94111 | |
| Phone: (415) 956-1000 | |
| bglackin@lchb.com | |
| dharvey@lchb.com | |
| ahaselkorn@lchb.com | |

Daniel E. Seltz*
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
Phone: (212) 355-9500
dseltz@lchb.com


Robert N. Hunter, Jr.
Fred Berry
John F. Bloss
**HIGGINS BENJAMIN, PLLC**
301 North Elm Street, Suite 80
Greensboro, NC 27401
Phone: (336) 273-1600
Facsimile: (336) 274-4650
rnhunterjr@greensborolaw.com
fberry@greensborolaw.com
jbloss@greensborolaw.com

*Counsel for Plaintiffs*
*\*Admitted pro hac vice*


**SO ORDERED,** this the ___ day of _____, 2025.

_____
Martin Reidinger
Chief United States District Judge
Western District of North Carolina

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of August, 2025, I caused the foregoing STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF THE MISSION DEFENDANTS PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) to be filed electronically via the CM/ECF system, which serves all registered users in this action.

*/s/ Julia R. McGrath*
Julia R. McGrath